# Court of Appeals
# of the State of Georgia

ATLANTA,  August 24, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0049. JOHNATHON NELSON STARNES v. THE STATE.**

On January 9, 2018, the trial court revoked Johnathon Nelson Starnes's probation based on his failure to pay restitution. On May 16, 2018, Starnes filed an application for discretionary review in the Supreme Court of Georgia, which transferred the case to this Court. See Case No. S18D1343 (June 15, 2018). We, however, also lack jurisdiction.

To be valid, an application for discretionary appeal must be filed within 30 days of the entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582, 582 (420 SE2d 393) (1992). But Starnes filed his application 127 days after entry of the revocation order. Accordingly, this application is untimely, and it is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/24/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.